UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| Cleatus M. Wong | : | |
| Kimberly A. Wong | : | CASE NO: 14-50640 |
| | : | |
| | : | |
| | : | JUDGE HOFFMAN |
| DEBTOR(S). | : | |

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in this case, **CLEATUS M. WONG ONLY**, hereby states that his current address is:

8114 Pontius Rd.

Groveport, OH 43125

**DATED: November 19, 2015**

*/s/Tad A. Semons*
Tad A. Semons, #0069743
Attorney for Debtor
85 E. Gay St., Ste. 903
Columbus, OH 43215
614-228-1930/f. 614-228-1933
tadsemons@att.net